1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/444-5800
4  Facsimile:    415/444-5805

5  Attorneys for Plaintiffs
   IRMA RAMIREZ;
6  DAREN HEATHERLY;
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual; ) <br> DAREN HEATHERLY, an individual; and ) <br> DISABILITY RIGHTS, ENFORCEMENT, ) <br> EDUCATION, SERVICES:HELPING ) <br> YOU HELP OTHERS, a California public ) <br> benefit corporation, ) <br> ) <br>     Plaintiffs, ) <br> v. ) <br> ) <br> GOURMET GARDEN BUFFET; ) <br> PETALUMA PROPERTIES, INC., a ) <br> California corporation; LU YAO KAI and ) <br> ZENG HUO, individuals dba GOURMET ) <br> GARDEN BUFFET, ) <br> ) <br>     Defendants. ) <br> _____) | **CASE NO. CV-08-3915-BZ** <br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: August 29, 2008       THOMAS E. FRANKOVICH,
                                      *A PROFESSIONAL LAW CORPORATION*


By: _____/S/_____
          Thomas E. Frankovich
          Attorneys for Plaintiffs