1  PETER L. SIMON (SBN 178393)
2  KATHLEEN C. MILLER (SBN 202216)
   BEYERS | COSTIN
3  200 Fourth Street, Suite 400
   P.O. Box 878
4  Santa Rosa, California 95402-0878
   Telephone: 707.547.2000
5  Facsimile: 707.526.3672

6  Attorneys for Defendants

7

8  THOMAS E. FRANKOVICH (SBN 074414)
   THOMAS E. FRANKOVICH
9  *A Professional Law Corporation*
   4328 Redwood Hwy, Suite 300
10 San Rafael, CA 94903
   Telephone: 415.674.8600
11 Facsimile: 415.674.9900

12 Attorney for Plaintiffs

13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IRMA RAMIREZ, et al. | Case No. C 08-3915 BZ |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO ANSWER; ORDER THEREON** |
| vs. | |
| GOURMET GARDEN BUFFET, et al., | |
| Defendants. | |

IT IS STIPULATED BY AND BETWEEN the parties, and through their respective counsel of record, that the Court may make and enter its Order Extending the Time of Defendants Gourmet Garden Buffet; Petaluma Properties, Inc., a California corporation; and Lu Yao Kai and Zeng Huo, individuals dba Gourmet Garden Buffet to answer or otherwise move with reference to Plaintiffs' Complaint to and including October 13, 2008.  This is the first extension of time granted to

STIPULATION TO EXTEND TIME TO ANSWER; ORDER THEREON          PAGE -1-
(Case No. 08-3915 BZ)

Case 3:08-cv-03915-BZ   Document 7   Filed 10/02/08   Page 2 of 2

09/29/2008  13:50  4155749900  THE FRANKOVICH GROUP  PAGE 02/02
Case 3:08-cv-03915-BZ   Document 6   Filed 09/29/2008   Page 2 of 2
09-24-2008  09:52pm  From-BEYERS COSTIN  707-526-3672  T-773  P.005/005  F-048

1 | Defendants in this matter. This Stipulation and Order is also being presented to the Court prior to
2 | the date Defendants' response to Plaintiffs' complaint is due. This Stipulation is necessary to allow
3 | the Plaintiffs and Defendants to explore settlement.
4 |     This Stipulation will not affect the Court's schedule for this case.

Dated: September 19th, 2008

BEYERS | COSTIN

By: /s/ Kathleen C. Miller
KATHLEEN C. MILLER
Attorneys for Defendant
Petaluma Properties, Inc.

Dated: September 29th, 2008

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

BY: /s/ Thomas E. Frankovich
THOMAS E. FRANKOVICH
Attorney for Plaintiffs

**ORDER**

The above stipulation is hereby made an order of the Court.

/s/ Bernard Zimmerman
Magistrate Judge Bernard Zimmerman

STIPULATION TO EXTEND TIME TO ANSWER; ORDER THEREON    PAGE -2-
(Case No. 08-3915 BZ)