THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA  94903
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs IRMA RAMIREZ;
DAREN HEATHERLY;
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual; DAREN HEATHERLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GOURMET GARDEN BUFFET; PETALUMA PROPERTIES, INC., a California corporation; LU YAO KAI and ZENG HUO, individuals dba GOURMET GARDEN BUFFET,<br><br>Defendants. | CASE NO. CV-08-3915-BZ<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.

///
///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

Dated: November 20, 2009

THOMAS E. FRANKOVICH,
A PROFESSIONAL LAW CORPORATION

By: /S/
Thomas E. Frankovich
Attorney for IRMA RAMIREZ, an individual; DAREN HEATHERLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Dated: November 23, 2009

BEYERS / COSTIN,

By: Kathleen P. Miller
Kathleen C. Miller
Attorneys for PETALUMA PROPERTIES, INC., a California corporation; LU YAO KAI and ZENG HUO, individuals dba GOURMET GARDEN BUFFET

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary. The Clerk shall close the file

Dated: 24 Nov , 2009

Honorable Judge Bernard Zimmerman
United States Magistrate Judge Northern District

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON -2-